**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS DIVISION**

| | |
|---|---|
| **BROADCAST MUSIC INC.; HOUSE OF CASH, INC.; GREGMARK MUSIC, INC.; LORD AND WALKER PUBLISHING; SONY/ATV SONGS LLC,** <br><br> ***Plaintiffs,*** <br><br> **v.** <br><br> **TERRY WRAY, individually and d/b/a TOWNE LOUNGE,** <br><br> ***Defendant.*** | **Case No. 3:17-cv-284** |

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendant, allege as follows:

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 *et seq*. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Rules 17(a) and 19(a) of the Federal Rules of Civil Procedure.

5. Plaintiff House of Cash, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Gregmark Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Lord and Walker Publishing is a sole proprietorship owned by Bernita Walker-Moss. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Upon information and belief, Defendant Terry Wray operates, maintains, and controls Towne Lounge, located at 119 West 1st Street, O'Fallon, IL 62269, (the "Establishment") in this district.

10. In connection with the operation of the Establishment, Defendant Terry Wray publicly performs musical compositions and/or causes musical compositions to be publicly performed.

11. Defendant Terry Wray has the right and ability to supervise the activities of, and has a direct financial interest in the Establishment.

12. Upon information and belief, Defendant Terry Wray resides in this district at 814 Nowland Court, O'Fallon, IL 62269.

**CLAIMS OF COPYRIGHT INFRINGEMENT**

13. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 12.

14. Since February 2015, BMI has reached out to Defendant over 45 times by phone, mail, and email, to inform Defendant of his obligations under the Copyright Act to obtain a license for the public performance of musical compositions in the BMI repertoire. The letters included Cease and Desist Notices informing Defendant that he must immediately cease all use of musical compositions from the BMI Repertoire at the Establishment.

15. Plaintiffs allege three (3) claims of willful copyright infringement, based upon Defendant's unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendant.

16. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendant. The Schedule contains information on the three (3) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 provides the claim number; Line 2 lists the title of the musical composition related to that claim; Line 3 identifies the writer(s) of the musical composition; Line 4 identifies the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 provides the date on which the copyright registration was issued for the musical composition; Line 6 indicates the copyright registration number(s) for the musical composition; Line 7 shows the date(s) of infringement; and Line 8 identifies the Establishment where the infringement occurred.

17. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

18. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

19. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

20. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendant publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendant has committed copyright infringement.

21. The specific acts of copyright infringement alleged in the Complaint, as well as Defendant's entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendant threatens to continue committing copyright infringement. Unless this Court restrains Defendant from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendant, his agents, servants, employees, and all persons acting under his permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(II) Defendant be ordered to pay actual or statutory damages, pursuant to 17 U.S.C. § 504(a)–(c);

(III) Defendant be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: March 20, 2017

Respectfully submitted,

*/s/ Charles A. Laff*

Charles A. Laff (1558153)
Gilberto E. Espinoza (6277437)
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
T: 312.222.0800; F: 312.222.0818
calaff@michaelbest.com
geespinoza@michaelbest.com

*Attorneys for Plaintiffs*

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. |
| Line 5 | Date(s) of Registration | 2/13/84 1/13/83 9/14/56 11/30/55 |
| Line 6 | Registration No(s). | RE 196-295 RE 153-380 Ep 102326 EU 418371 |
| Line 7 | Date(s) of Infringement | 11/4/2016 |
| Line 8 | Place of Infringement | Towne Lounge |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Stormy Monday a/k/a They Call It Stormy Monday a/k/a Call It Stormy Monday |
| Line 3 | Writer(s) | Aaron T. Walker |
| Line 4 | Publisher Plaintiff(s) | Gregmark Music, Inc.; Bernita Walker-Moss, an individual d/b/a Lord and Walker Publishing |
| Line 5 | Date(s) of Registration | 5/9/75 7/15/63 10/10/47 |
| Line 6 | Registration No(s). | R 604983 Ep 177515 E 98450 |
| Line 7 | Date(s) of Infringement | 11/4/2016 |
| Line 8 | Place of Infringement | Towne Lounge |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Wonderwall |
| Line 3 | Writer(s) | Noel Gallagher |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 11/20/95 |
| Line 6 | Registration No(s). | PA 782-736 |
| Line 7 | Date(s) of Infringement | 11/3/2016 |
| Line 8 | Place of Infringement | Towne Lounge |