IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-284-JPG-DGW |
| | ) | |
| TERRY WRAY, SR., | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On June 22, 2018, a show cause hearing was held in which Plaintiffs appeared by counsel (via telephone) and Defendant appeared in person. The hearing was set because Defendant failed to appear at a discovery dispute conference that was set for May 30, 2018 (Doc. 22, 23). Defendant, who appeared along with his son, Terry Wray, Jr., indicated that he did not know about the telephonic discovery dispute conference and that he also did not know about the discovery requests that were sent to his address of record. Part of the confusion may be because both Terry Wray, Sr. and Jr. receive mail at the same address. The Court finds that Defendant has sufficiently shown cause why he both did not respond to discovery and why he did not appear at the conference. The Show Cause Order is accordingly **DISCHARGED**.

Plaintiffs are now **DIRECTED** to re-serve discovery by **June 29, 2018**. Defendant shall respond within 30 days of receipt. Plaintiffs shall file a notice with the Court by August 1, 2018 regarding Defendant's responses.

The Court notes that the deadline for dispositive motions was June 22, 2018 and no such motions have been filed. This matter is now hereby **SET** for a settlement conference on **August 17, 2018 at 9:00 a.m.** in the Federal Courthouse in East St. Louis. The parties are directed to

review the Order and Notice of Settlement Conference entered on August 3, 2017 (Doc. 21). If either party believes that a settlement conference would be futile, they shall contact chambers or file a motion.

The parties are reminded that this matter is set for a Final Pretrial Conference on **September 19, 2018** and Bench Trial on **October 1, 2018**, both before Judge Gilbert in the Benton Courthouse.

**DATED: June 25, 2018**

**DONALD G. WILKERSON**
**United States Magistrate Judge**