UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; GREGMARK MUSIC, INC.; LORD AND WALKER PUBLISHING; and SONY/ATV SONGS LLC,

    Plaintiffs,

v.

TERRY WRAY, SR.,

    Defendant.

Case No. 17-cv-284-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Broadcast Music, Inc.; House of Cash, Inc.; Gregmark Music, Inc.; Lord and Walker Publishing; and Sony/ATV Songs LLC and against defendant Terry Wray Sr. in the amount of $12,000 in statutory damages and $12,070 in costs and fees, for a total judgment of $24,070.

**DATED:** December 18, 2018

                                            **MARGARET M. ROBERTIE, Clerk of Court**

                                            **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**